PER CURIAM.
Affirmed on the authority of McCrimmon v. Brundage, 53 Fla. 478, 43 So. 431; Strong & Trowbridge Co. v. H. Baars & Co., 60 Fla. 253, 54 So. 92; Vaughn-Griffin Packing Co. v. Fisher, 141 Fla. 428, 193 So. 553; Winn-Dixie Stores, Inc. v. Sellers, Fla.App. 1964, 161 So.2d 251; Orbit Construction Company v. Trail Development Corporation, Fla.App.1967, 198 So.2d 341; Simmons v. Peavy-Welsh Lumber Co., 5th Cir.1940, 113 F.2d 812; Nolan Brothers, Inc. v. Century Sprinkler Corp., 4th Cir.1955, 220 F.2d 726; Russell v. The Praetorians, Inc., 248 Ala. 576, 28 So.2d 786; 7 Fla.Jur., Contracts, §33.